# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE WINTERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA) N.A., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:17-cv-01178-GW-AJW<br><br>*Assigned to Judge George H. Wu; Referred to Magistrate Judge Andrew J. Wistrich*<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>[*Stipulated Protective Order filed concurrently herewith*]<br><br>Complaint Filed: Feb. 14, 2017<br>Trial Date: TBA |

1 | The Court has reviewed the Parties' Stipulated Protective Order filed August
2 | 11, 2017. For good cause appearing, the Court hereby enters said Stipulation as an
3 | Order of the Court in the above –referenced case (Case No. 2:17-cv-01178-GW-
4 | AJW).

**IT IS SO ORDERED.**

Dated: August 15, 2017      By:_____
                                United States Magistrate Judge