# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-1178-GW(AJWx) | Date | October 11, 2017 |
|---|---|---|---|
| Title | *Jackie Winters v. Capital One Bank (USA) N.A.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE: SETTLEMENT**

On October 10, 2017, Plaintiff Jackie Winters filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for December 14, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on December 13, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

:   07

Initials of Preparer   JG