JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE WINTERS, | Case No. CV 17-1178-GW(AJWx) |
| Plaintiff, | **ORDER** |
| -vs- | |
| CAPITAL ONE BANK (USA) N.A., | |
| Defendant | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this: December 12, 2017

GEORGE H. WU, U.S. District Judge

Order to Dismiss - 1